Kathryn Johnson Finn (#19150)
Law Office of Kathryn L. Johnson, PLLC
425 W. Paseo Redondo, Suite 2
Tucson, AZ 85701
(520) 743-2257; (520) 743-2231 facsimile
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

HEIDI L. HORWITZ,

          Debtor.

Case no: 4:18-bk-04219-BMW

Chapter 7 Proceeding

MOTION TO DEFER ENTRY OF DISCHARGE

    Debtor, HEIDI L. HORWITZ, by and through counsel undersigned, hereby submits the following in support of her Motion to Defer Entry of Discharge:

    1.    Debtor filed her case on April 19, 2018. Her counsel of record at that time was Scott Gibson. Mr. Gibson recently passed away. Debtor contends that prior to his death, Mr. Gibson was dealing with various storage facilities who possess Debtor's household goods in an attempt to allow Debtor to obtain said goods. Unfortunately, the status of those dealings is unavailable to Debtor.

    2.    It is Debtor's understanding that several of the storage units may be up for auction shortly.

    3.    The Chapter 7 Trustee has abandoned the storage units (see docket #22) and has filed his no asset report (see docket #30).

    4.    Debtor has hired undersigned counsel to continue representation of her in the current bankruptcy case.

    5.    This Court granted Debtor's initial Motion to Defer Entry of Discharge for 30 days on August 6, 2018 (docket #34) to allow time to determine the status of the storage units.

    6.    Pursuant to Fed. R. Bankr. P. Rule 4004(c)(2), Debtor may move to defer

1

discharge for 30 days, and on motion within that period, the court may defer entry of the order to a date certain.

7. Debtor is seeking an additional 30 days to defer the entry of discharge to allow Debtor time to empty her remaining storage units in order to obtain her exempt household goods.

8. It is counsel's understanding that Debtor has been diagnosed with leukemia and has been physically ill with an upper respiratory infection. She has virtually no one to help her move her things and has very limited funds available to her so she is unable to hire a moving truck and/or crew to help her. She has been having to move her things car-load by car-load herself (with only occasional help from friends). At the time of filing this bankruptcy case, Debtor had approximately 22 storage units. Over the past 30 days, Debtor has successfully emptied approximately 7 of those units. Debtor requests an additional 30 days to defer the discharge to allow her time to empty the remaining units.

9. Debtor is acting in good faith and is attempting to obtain her exempt property before the case gets discharged and closes and before the items are auctioned.

Based on the foregoing, Debtor requests that this Motion to Defer Discharge be granted deferring the discharge another 30 days until on or about October 4, 2018.

RESPECTFULLY SUBMITTED this 4th day of September, 2018.

LAW OFFICE OF KATHRYN L. JOHNSON, PLLC

By: <u>Kathryn Johnson Finn</u>
Kathryn Johnson Finn

Copy of the foregoing sent electronically this 4th day of September, 2018 to:

Stanley Kartchner
Chapter 7 Trustee
7090 N. Oracle Road, #178-204
Tucson, AZ 85704

and to all creditors on the attached mailing matrix (see attached)

By: <u>Kathryn Johnson Finn</u>

2

Label Matrix for local noticing
0970-4
Case 4:18-bk-04219-BMW
District of Arizona
Tucson
Fri Aug  3 15:43:17 MST 2018

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue
Tucson, AZ 85701-1704

Anshei Israel
5550 E 5th St
Tucson, AZ  85711-2416

Arizona Oncology
PO Box 731090
Dallas, TX  75373-1090

Banner Urgent Care
PO Box 2916
Phoenix, AZ  85062-2916

Carondelet Imaging Center Central
PO Box 53004
Phoenix, AZ 85072-3004

Catholic Community Services
140 W Speedway Blvd Ste 230
Tucson, AZ  85705-7688

Congregation Chofetz Chaim
5150 E 5th St
Tucson, AZ  85711-2399

Cubesmart
3265 E Speedway Blvd
Tucson, AZ  85716-3933

Debra Walter, MD
2560 E Fort Lowell Rd
Tucson, AZ  85716-1514

Dr. Jaw Orthodontics
5747 E 5th St
Tucson, AZ  85711-2401

Eric Flank
7725 E Edison St
Tucson, AZ  85715-4252

First and River Self Storage
4980 N 1st Ave
Tucson, AZ  85718-5615

Gloria DeVore
6300 E Speedway Blvd
Tucson, AZ  85710-1164

Hanger Clinic
6567 E Carondelet Dr Ste 465
Tucson, AZ  85710-6155

Hebrew Free Loan Assoc.
c/o Professional Coll Serv
140 S Camino Seco Ste 30
Tucson, AZ  85710-4484

Hughes Federal Cr Un
PO Box 11900
Tucson, AZ  85734-1900

Hughes Federal Credit Union
PO Box 11900
Tucson, AZ  85734-1900

Interfaith Community Services
2820 W Ina Rd
Tucson, AZ  85741-2502

Jeiwsh Family & Children Services
4301 E 5th St
Tucson, AZ  85711-2005

Jerry Sonenblick
4729 E Sunrise Dr PMB 436
Tucson, AZ  85718-4534

Jewish Federation of Southern Arizona
3718 E. River Rd., Ste. 100
Tucson, AZ  85718-6686

Mark & Larry's Auto Service, Inc.
5460 E 5th St
Tucson, AZ  85711-2334

Michael J. Ames
1039 E. Halcyon
Tucson, AZ  85719-2144

Oasis Financial Legal Funding
9525 Bryn Mawr Ave
Rosemont, IL  60018-5249

Pima County Community Services
2797 E Ajo Way
Tucson, AZ  85713-6223

Preferred Home Care
PO Box 740751
Los Angeles, CA  90074-0751

Public Storage
1159 N Columbus Blvd
Tucson, AZ  85712-4605

Raddiology, Ltd.
c/o Emerald AR Systems, LLC
PO Box 845066
Los Angeles, CA  90084-5066

RightSpace Storage
6444 E Broadway Blvd
Tucson, AZ 85710-3504

Sleep Testing and Respiratory Services
2330 W. Broadway Rd., Ste. 109
Mesa, AZ 85202-1886

Syncb/Care Credit
950 Forrer Blvd
Kettering, OH 45420-1469

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
PO Box 965061
Orlando, FL 32896-5061

TUCSON EAR NOSE AND THROAT ASSOC PC
6567 E CARONDELET DR STE
TUCSON AZ 85710-2162

Tretschok McNakamara & Miller PC
2606 E 10th St
Tucson, AZ 85716-4748

Trinity Presbyterian Church
400 E University Blvd
Tucson, AZ 85705-7851

Triple AAA
CSAA Insurance Group
PO Box 60277
Los Angeles, CA 90060-0277

Tucson ENT Associates
6567 E Carondelet Dr Ste 515
Tucson, AZ 85710-6158

Tucson Fcu
1160 N Winstel Blvd
Tucson, AZ 85716-4023

Tucson Heart Group
2355 N Ferguson Ave
Tucson, AZ 85712-2836

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

Uhaul of Alvernon Heights
1630 S Alvernon Way
Tucson, AZ 85711-5696

United Way
330 N Commerce Park Loop # 200
Tucson, AZ 85745-2792

Urgent Specialists, LLC
2120 W Ina Rd Ste 100
Tucson, AZ 85741-5501

Vantage West
PO Box 15115
Tucson, AZ 85708-0115

Verizon
by American InfoSource LP as agent
PO Box 248838
Oklahoma City, OK 73124-8838

Whitehill Law Offices, PC
2730 E Broadway Blvd Ste 160
Tucson, AZ 85716-5384

HEIDI L HORWITZ
PO BOX 57622
TUCSON, AZ 85732-7622

SCOTT D. GIBSON
LAW OFFICE OF SCOTT D. GIBSON, PLLC
1632 N. Country Club Rd.
Tucson, AZ 85716-3119

STANLEY J KARTCHNER
7090 N ORACLE RD #178-204
TUCSON, AZ 85704-4333

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    50
Bypassed recipients     1
Total                  51